```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                -v-                                         :                    18-CR-834 (PAE)
                                                            :
JAMEL JONES, et al.,                                        :                    ORDER
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2018
```

PAUL A. ENGELMAYER, District Judge:

      The Court schedules an arraignment for all defendants in this case for **Monday, November 26, 2018**, at **10:30 a.m.** in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: November 20, 2018
       New York, New York

                                                 _____
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge