UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT


------------------------------X

USA,

      Plaintiff;

v.                                                    Case No.: S1 18-CR-834 (PAE)

DANIEL HERNANDEZ
a/k/a Tekashi 6ix 9ine,

      Defendant.
------------------------------X

APPERANCE OF COUNSEL

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Daniel Hernandez.


Date:  11/21/2018


      *Dawn M. Florio*

      Dawn M. Florio – 2277176
      2060 Tenbroeck Avenue
      Bronx, NY 10461
      dawnmflorio@yahoo.com
      (212) 939-9539 Tel
      (347) 398-8062 Fax