UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA VS. JONESETAL (TREYWAY)
PLAINTIFF/PETITIONER. GEOFFREY S. BERMAN AND JONESETAL (TREYWAY)
PETITIONER. GEOFFREY S. BERMAN AND JONESETAL (TREYWAY)

12/02/2018
(JONESETAL)
CASE#18CR834
UNITED STATES/FEDERAL JURISDICTION
JURISDICTION OF DEPARTMENT OF LABOR
JAMEL JONES AKA MEL MURDA
KIFANO JORDAN AKA SHOTTI
JENSEL BUTLER AKA ISH
DANIEL HERNANDEZ AKA TEKASHI 6IX 9INE
FUGUAN LOVICK AKA FU BANGA
FAHEEM WALTER AKA CRIPPY

NOTICE OF MOTION

Dear, GEOFFREY S. BERMAN, SOUTHERN DISTRICT FEDERAL COURT OF NEW YORK
ANY CURRENT CO DEFENSE ATTORNEYS AND ANY CURRENT OR FUTURE JUDGE
TO: GEOFFREY S. BERMAN, OR ANY FUTURE PROSECUTOR
MOTION FOR CASE DISMISSED

1. On 11/19/2018 a Federal case opened in the above plaintiffs name and court proceedings were administered by charges of a Grand Jury. The above enterprise in question is being held without a cross examinig of any injured party or grand jury herein. No chance was given to cross examine above UNITED STATES OF AMERICA and GEOFFREY S. BERMAN OR ANY CURRENT OR FUTURE PROSECUTOR OR ANY INJURED PARTY pursuant therein.

2. THE JONESETAL(TREYWAY) ENTERPRISE has not signed any contracts or verbally agreed to anything that bounds him to the above jurisdiction therein. INCLUDING WAIVE OF 120DAY SPEEDY TRIAL or enter of PLEA BY ENTER OF NON GUILTY, GUILTY OR ANY OTHER PLEA. IF PLEA IS MADE BY COERSION FROM CURRENT BAR ATTORNEY. THIS DOCUMENT WITHDRAWS IT BY LAW. ENTER OF 120 SPEEDY TRIAL.

3. Petitioner GEOFFREY S. BERMAN did not attend court for plaintiff claim, which makes this case#18CR834 elgible for Lien/claim by JONESETAL ENTERPRISE (TREYWAY)

4. JONESETAL ENTERPRISE hereby claims case number #18CR834 AND possession of administrative control.

5. GEOFFREY S. BERMAN OR ANY CURRENT OR FUTURE PROSECUTOR have not filed 1099 OID to tax the source of business FOR BOND / INSURANCE ISSUED BY INCARCERATION. IF A BOND IS NOT ISSUED THE COURTS MUST PROVIDE LIABILTY.

6. FURTHERMORE, GEOFFEREY S. BERMAN , or any other foreign court cannot legally claim injuries OR PROCEED prosecution OR DISCHARGE ANY CASE for anyone or claim any Lien / or jurisdiction over ANY HUMAN BEING MENTIONED, Which makes

No human mentioned in indictment elgible for liability or incarceration, only commercial names and businesses. discharged by public policy acceptance of debt. 73-10
Any Liens made for Jonesetal enterprise (treyway) or in its name without its notice puts any motion against IT in this court dishonourable.

Cancel contract case #18CR834
Case Closed/accounts adjusted to $0/ All human beings incarcerated released immediatley counterclaim $1,000,000 by default awarded to Jonesetal Enterprise (TreyWay) CASE DISMISSED

JONESETAL (TREYWAY) HEREBY NOTICES GEOFFREY S. BERMAN, UNITE STATES OF AMERICA, AND ANY CURRENT OR FUTURE PROSECUTOR THROUGH An honourable motion of this court to produce an OMB number from filing a 1099 on this negotiable instrument by DECEMBER 12TH 2018 (10 day notice) or case dismissed by default and also by default owe DAVIS BLOCK $1,000,000 FOR INJURIES and court cost. (counterClaim)
authorized representative signature _[signature]_
JONESETAL ENTERPRISE TREYWAY
PRIVATE ATTORNEY
waxxxent@gmail.com

GABRIEL → Post
WILLIAMS
U.C.C.      MASteR
1-308

From: WAXX Entertainment
LLC - Private ATTY By
waxxent@gmail.com
6450 S. Jeffery
Chicago IL 60649

USDC SDNY
Pro Se
E.K.

ReadyPost
Document Mailer

CERTIFIED MAIL
7018 1130 0001 6459 5973

To: USA District Court
Southern District of N.Y.
500 Pearl St. New York
10007







U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60649
DEC 07 18
AMOUNT
$3.95
R2305K135725-7

Post Master
L.W
KWANZAA
W.