

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2019

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jamel Jones et al.*, S4 18 Cr. 834 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter in response to the document filed on January 11, 2019 in the above captioned matter (ECF No. 80) (the "Document"). The Document purports to be a filing from an attorney for "Waxxy Entertainment," a non-party to this criminal case. The relief requested in the Document, although by no means clear, appears to be a request for "$1,000,000 FOR INJURIES and court cost[s]." The Government respectfully asks the Court to deny the relief requested in the Document. The Government notes, among other defects with this filing, that this Court does not have jurisdiction, in a criminal case, to grant a non-party any of the relief the filing purports to seek. Other defenses, such as sovereign immunity, would also apply were a filing of this nature made in the form of an independent motion.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by:   s/
    Michael D. Longyear
    Jacob Warren
    Assistant United States Attorneys
    (212) 637-2223 / 2264

cc:     All counsel of record (by ECF)