```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :    ORDER
      - v. -                     :
                                 :    S5 18 Cr. 834 (PAE)
DANIEL HERNANDEZ,                :
   a/k/a "Tekashi 6ix 9ine,"     :
                                 :
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - X
```

WHEREAS on January 23, 2019, DANIEL HERNANDEZ, a/k/a "Tekashi 6ix 9ine," the defendant, entered a plea of guilty to a nine-count superseding information (the "Information");

WHEREAS on January 23, 2019, the Court granted the Government's application to seal the waiver of indictment, Information, and plea transcript associated with the defendant's guilty plea (the "Sealing Order");

WHEREAS the Court's Sealing Order was limited to the time in which the Government would seek to obtain a superseding indictment and to arrest additional defendants charged in the superseding indictment;

WHEREAS on January 28, 2019, a Grand Jury sitting in this District returned Superseding Indictment S6 18 Cr. 834 (PAE);

WHEREAS on January 31, 2019, the Government applied to unseal Superseding Indictment S6 18 Cr. 834 (PAE);

NOW THEREFORE IT IS HEREBY ORDERED that the Information, S5 18 Cr. 834 (PAE), waiver of indictment, and transcript of the defendant's January 23, 2019 plea, be unsealed.

Dated:   New York, New York
         February 1, 2019

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE