UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :         WAIVER OF INDICTMENT
:
    - v. -         :         S5 18 Cr. 834 (PAE)
:
DANIEL HERNANDEZ,         :
  a/k/a "Tekashi 6ix 9ine,"         :
:
               Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      DANIEL HERNANDEZ, the defendant, who is accused of violating Title 18, United States Code, Sections 1962(d), 1959, 924(c), and 2; and Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
Daniel Hernandez

_____
Witness

_____
Dawn M. Florio, Esq.
Counsel for Defendant

Date: New York, New York
       January 23, 2019