USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                  :

     - v. -                              :     **SEALING AND DELAYED**
                                          :     **DOCKETING ORDER**
DANIEL HERNANDEZ,                         :
                                          :     S5 18 Cr. 834 (PAE)
         Defendant.                   :
                                          :

- - - - - - - - - - - - - - - - - - - - -x

         WHEREAS an application has been made by the United States
of America, with the consent of the defendant, for an order:
(i) granting a limited sealing, until further order of the Court,
of all documents filed in connection with the proceeding related
to DANIEL HERNANDEZ (the "defendant") to be held on January 23,
2019, including the Information, waiver of Indictment, this
affirmation and proposed order, the transcript of the proceeding,
and any related order of the Court; (ii) permitting the materials
described in (i) to be disclosed to counsel for the defendant and
by the Government in connection with its obligations under the
Jencks Act and Giglio v. United States, 405 U.S. 150 (1972); and
(iii) temporarily sealing and delaying, until further order of the
Court, further docket entries related to the defendant, including
notifications of docket entries over the ECF system; and

         WHEREAS the Court finds that the safety of the defendant
and others may be placed at risk and an active law enforcement

1

*

investigation may be compromised if the Government's application is not granted,

IT IS HEREBY ORDERED that all documents filed in connection with the proceeding held on January 23, 2019, including the Information, waiver of Indictment, the transcript of the proceeding, the Government's affirmation and proposed order, and this Order (collectively, the "Sealed Materials"), shall be sealed until further order of the Court, and, if applicable, retracted and withdrawn from the ECF system;

IT IS FURTHER ORDERED that no further docket entries shall be made relating to the defendant until further order of the Court;

IT IS FURTHER ORDERED that the Sealed Materials may be disclosed to counsel for the defendant and by the Government in connection with its obligations under the Jencks Act and Giglio v. United States, 405 U.S. 150 (1972); and

IT IS FURTHER ORDERED that the Government shall report to the Court on or before six months after execution of this order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated: New York, New York
       January 23, 2019

_Paul A. Engelmayer_

THE HONORABLE PAUL A. ENGELMAYER
United States District Judge
Southern District of New York