Re: Kifano Jordan

**From:** Jeffrey Einhorn <einhorn@jeffreylichtman.com>

**To:** lazzarolaw@aol.com <lazzarolaw@aol.com>; llazzaro@lazzarolawfirm.net <llazzaro@lazzarolawfirm.net>

**Subject:** Re: Kifano Jordan

**Date:** Wed, Jan 30, 2019 11:24 am

Hi Lance --

I met with Kifano Jordan and reviewed your letter.  He agrees that the prior cases you mention were unrelated to this case , however, he indicated that he had retained you following the April 21 2018 shooting, after you discussed with him the existence of an I-Card held by the NYPD.  Does any of this sound familiar?  Please let me know as I am in the process of putting together our letter.

Thanks,

Jeff

---

**Jeffrey Einhorn, Esq.**

**Law Offices of Jeffrey Lichtman**

11 East 44th Street

Suite 501

New York, New York 10017

telephone: 212-581-1001

telefax: 212-581-4999

---

NOTICE: This message is sent by a law office and may contain information that is privileged or confidential.  If you receive this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.jeffreylichtman.com.

Re: Ofand Jordan