UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,           :

              -v-                  :          18-CR-834 (PAE)

                                :

JAMEL JONES, et al.,              :          <u>REVISED</u>
                                :        <u>SCHEDULING ORDER</u>

             Defendants.        :

                                :

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      IT IS HEREBY ORDERED that the conference in this matter, scheduled for **February 27, 2019**, at **10:30 a.m.**, will be held in **Courtroom 506** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: February 26, 2019
       New York, New York

                                        PAUL A. ENGELMAYER
                                        United States District Judge