**LAW OFFICES**

**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO                                                                                             * ADMITTED IN NY & NJ
RANDALL LAZZARO *
_____

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

March 8, 2019

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York  10007

**Re:**     **United States v. Jamel Jones, et. al.**
            Case No.:  1:18–CR–0834 (PAE)

Dear Judge Engelmayer:

As your Honor is aware, I represented Daniel Hernandez with regard to the above-referenced case. In accordance with this Court's Order dated February 15, 2019, I am submitting the following to request a limited *Curcio* hearing with regard to my representation of Mr. Hernandez and ultimately to be reinstated as attorney for Mr. Hernandez.

As your Honor is aware, no attorneys have filed motions seeking to disqualify me as attorney for Mr. Hernandez, as per your Honor's Order dated February 15, 2019, nor has the government produced any additional submissions on this matter; and accordingly, I am requesting that I be reinstated as attorney for Mr. Hernandez. Before being fully reinstated, I respectfully request that the Court conduct a limited *Curcio* hearing, whereat, Mr. Hernandez will be asked questions concerning my continued representation and whether he is willing to waive any potential conflict of interest.

Therefore, I am requesting to be reinstated as attorney for Daniel Hernandez, and if your Honor deems appropriate, schedule a *Curcio* hearing to address any potential conflict of interest.

Very Truly Yours,

LAZZARO LAW FIRM, P.C.

BY:        /s/
     LANCE LAZZARO