

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2019

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    ***United States v. Daniel Hernandez*, S5 18 Cr. 834 (PAE)**

Dear Judge Engelmayer:

      The parties respectfully write to request that a presentence investigation report be ordered and that a sentencing date be scheduled for Mr. Hernandez.

      Counsel for Mr. Hernandez respectfully requests that sentencing be scheduled on an expedited basis.  The Government does not object to this request.  In order to facilitate the request for expedited sentencing, the parties waive the 35-day notice requirement pursuant to Fed. R. Crim. P. 32(e)(2).

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by:   _s/_____
      Michael D. Longyear
      Jonathan E. Rebold
      Jacob Warren
      Assistant United States Attorneys
      (212) 637-2223 / 2512 / 2264

cc: Lance Lazzaro, Esq. (by ECF)
    Dawn M. Florio, Esq. (by ECF)