UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DANIEL HERNANDEZ,

Defendant.

18-CR-834-04 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received and reviewed the Government's sentencing letter as to defendant

Daniel Hernandez, whose sentencing is scheduled for December 18, 2019.  The Court has also

reviewed the publicly filed version of that letter, which contains discrete redactions, and a brief

letter from the Government, dated December 4, 2019, explaining the basis for the

redactions.  The Court approves the proposed redactions as warranted and appropriate for the

reasons stated, and as narrowly tailored.  The Court directs the Government to file under seal

both the unredacted version of its sentencing letter and its letter explaining the need for the

redactions.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 5, 2019
       New York, New York