# CHARLES L. WATTLEY

November 11, 2019

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Daniel Hernandez

Dear Judge Engelmayer:

I am writing this letter in support of Mr. Daniel Hernandez upon his upcoming sentencing. In the short time that I have known Mr. Hernandez, he has demonstrated a great desire to be a credit himself, his family and to authorities. It would be disastrous for him to be unable to show what he has learned through his experiences, consequently, it may lead others to follow his lead in the matter of what is right and what is wrong. It is critical for society to see a transformation and lessons learned.

As everyone knows America believes in a comeback and he wants to be a part of that story.

Sincerely and respectfully,

Mr. Charles L. Wattley

<u>Jose M. Miranda</u>

4524 Brown St. Apt 5,
Union City, NJ 07087

201-681-1686

Ref:   MR. DANIEL HERNANDEZ

October 3, 2018

To Whom It May Concern:

I Jose M. Miranda am writing this statement for **DANIEL HERNANDEZ**.

I being men, of legal age and a Legal authorized to Residing in United Stated of America, currently reside at the address stated above,

Whit this letter I state and talk about my friend Daniel Hernandez who is American Citizen and him living in Brooklyn NY.

I state that I meet him since around one year, we meet in Roosevelt School. He helps to other people with erosional and medical problems.

I have one child of seven years old he is a cancer patient and Mr. Hernandez help us to assist and understand the process.

He is a very good person, very friendly and I know that he never has problems with anybody.

If you have any questions regarding the character of Sr. Hernandez please do not hesitate to contact me.

Sincerely,

José Miranda

GLORIA S. KEON
Notary Public - State of New Jersey
ID. No. 2394631
Commission Expires: 03 / 30 / 2020

Sworn and Subscribed
Before me this
03 day of 10 . 2018

Honorable Paul Englemayer  
United States District Court Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

October 11, 2019

Your Honor,

I hope this email finds your honor well. It is with great humility and sadness that I writing you this letter. My name is Elis Pacheco son of Johnny Pacheco, the Latin musician who has been recognized as the founding father of Salsa Music, a multiple Grammy Award Winner, who was awarded the Bobby Capó Lifetime Achievement Award, by New York Governor, George Pataki. We have a foundation called The Johnny Pacheco Scholarship Fund to help musically inclined students get into college. It is my understanding that in the ensuing days you will be making a ruling on the sentence of Daniel Hernandez. I relish this opportunity to give your honor from my perspective, a better understanding of who actually stands before the court.

The Pacheco family is amongst many families with charities who've had the opportunity to know Daniel well and become very friendly to the point where he looks up to myself as an uncle. We met Daniel in 2016, when he asked for guidance on building his brand and creating relationships in the community where he can give back, specifically to kids in his neighborhood where he grew up. Like his 6ix9ine brand, Daniel is hands-on and likes to forge a one on one connection with people. Knowing Daniel's circumstances with his initial charge with a minor, we suggested aligning himself with local reputable charities and making a difference which he did. He's actually a Bronze sponsor for the ten-year gala of a charity we support called The Cristian Rivera Foundation. While filing a video in our native country, Dominican Republic, Daniel went to poorest town, and blessed the community.

Daniel has a zest for life and a passion that could never be deterred. That unwavering belief in himself and tenacity has led Daniel to be a very successful rapper. Daniel's personality is infectious and he's loyal to his core, which I believe is a large part of the current case that stands before the court.

I've spoken to Daniel at great lengths to distance himself from those elements that aren't conducive to evolving as a person and an artist. The all to heard about "Peer Pressure" is truly toxic and have both been parts of his current issue. Those unsavory characters have all been replaced with mature spiritual mentors whom the court will know and respect. We are hopeful that your honor will give Mr. Hernandez time served so these mentors the ability to continue keeping Danny on his trajectory to be a role model the court expects.

Respectfully yours,

*[signature]*

Elis Pacheco

December 9, 2019

Hon. Paul A. Engelmayer
District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Paul A. Englemayer,

My name is Raymond R. Ruiz, formerly of Rapid Realty and currently of Level Up Realty NYC in Brooklyn, NY. I am a Real Estate Broker and Franchise Area Developer actively operating in New York for 14 years. Throughout my career, I have been presented with many honors that speak for my work and reputation. Among these awards are: Brooklyn's 40 under 40, The Rising Star Award, and The Humanitarian Award. I received a special award by the Bronx Borough President, Ruben Diaz, for One of the Most Influential Latinos of NYC and other recognitions by The Brooklyn Borough President Eric L. Adams and former Borough President Marty Markowitz. I am currently a contributor to the Brooklyn Chamber of Commerce. I have been featured in Top Agent Magazine, The Real Deal Magazine, and Franchise Times Magazine, as well as invited as an honorary guest and motivational speaker to High Schools, colleges, and group homes for adolescents. I consider myself an active member of New York City and I care deeply for our community.

Upon first meeting Daniel Hernandez (a.k.a. Tekashi 6ix9ine), I was reluctant to establish an association with him based on the portrayal of his character in the media. Instantly, I learned that much of his public persona and image was for entertainment value and not his true character. It is clear and evident that he is a genuine, heartfelt, and caring young man. I met Danny, at the beginning of 2018, and our relationship was born through Real Estate, after I found him an apartment in Brooklyn. Originally Mr. Hernandez intended to live outside of Brooklyn, but he requested a property that would be close to his elderly mother since he assumed full responsibility of her and his family. He expressed relentless concern when his mother was confronted by thugs and when he was robbed at gunpoint. His mother was hellbent on staying in Brooklyn despite being a target for violence. Since then, I found 3 homes for his mom, brother and Danny respectively, as he requested. He has asked for my assistance with other matters and entrusted me with information about his life. What started as a business relationship quickly grew into a tight bond and friendship.

1

As an active caregiver for his mother, brother and daughter, Danny shows gratitude for being in a position to help and always seeks to put others first before himself. Through my observation, he has assumed a similar responsibility in many communities. After seeing poverty on the news in Chicago, he quickly jumped on a flight and eagerly gave food, water, and money to the homeless there. I witnessed him go to Mexico and not only give money to his mom and family, but also provided funds at a school for the entire year to help children with supplies. There are countless acts like these unnoticed because of Mr. Hernandez' public persona.

There are many acts in good faith that have been caught on camera and televised, but I have witnessed Mr. Hernandez off camera when no one was watching, and his generosity and good spirit are immeasurable. From the time I witnessed him give money to a local Brooklyn soccer team for uniforms, to the Made in America concert held by Jay Z, where he anxiously rushed right after to meet a little boy in Union, New Jersey who was dying of cancer; Danny's love for people and the community is indisputable. Crying in disbelief, he gave the sick boy his first diamond ring that was embellished with a rainbow. He had obtained this symbolic ring after reaching stardom and gave it to this suffering boy as a token to remember him by. Danny also gave the little boy's family $40,000 to assist them with their expenses. Danny does not just bring aid and comfort to families in times of need, but also creates opportunities for those who need it most. All who work for him have shown immense gratitude for his generosity, thoughtfulness, and loyalty. I am gratified to have witnessed such tremendous deeds.

Although I have reached a great level of success, I recall when I was 24 years of age, and turned my life around after finding a career in real estate. I was fortunate to have a vital mentorship by multi millionaire and author of "Heart of the Deal", Anthony Lolli, who introduced me, not only to a new career, but a new way of life. I too, was young and surrounded by many trials, but in defiance of these hardships, I used my success to create opportunities for others. Through assisting many in owning their own business or providing day to day guidance and support, I later served as someone's mentor. It is my belief that Mr. Hernandez serves the same example, as a young man who came from tough times and a rough place, but works on himself amidst his trials and triumphs, all while continuing to help others along the way.

I have seen the many changes Mr. Hernandez has made firsthand. Encircling his personal growth, he has provided more security for himself and his family, and has consciously removed himself from unproductive and negative associations. Breakthrough and evolution cannot happen overnight. I trust that "progress over perfection" will be the road to his development. The idea of Danny serving time in prison disquiets me, and it would be an injustice and a deficit to so many communities. I am compelled to mention that his artistic career further brings joy and entertainment to his faithful fans and many all around the world. With the right mentorship and positive affiliations, Daniel Hernandez can continue to use his status, wealth, and enormous heart to serve a greater purpose and inspire others the way he has inspired me.

If you have any questions, please do not hesitate to contact me.


Sincerely,


Raymond R. Ruiz

Martha O'Connell
42 East 22nd Street
Bayonne, NJ 07002

201-707-5157

October 15, 2018

To Whom It May Concern:

My name is Martha O'Connell, and I currently serve as the Principal of a large elementary school in an Urban District. I am in my 9th year as Principal, and my 29th year in Public Education. I have also had the opportunity to volunteer with many different organizations involving teenagers and young adults. During the course of my career, I have had the opportunity to interact with thousands of people of all ages. I feel my experiences have led me to be an excellent judge of character.

I recently had the opportunity to meet Daniel Hernandez after months of hearing about him in the Media, from a mutual friend and of course from the students in school. I believe the expression, "Don't judge a book by its cover" is very fitting for Mr. Hernandez.

A kindergarten student in my school has been battling brain cancer for most of the last school year. He was anxious to return this September and for most of the summer that was the plan. I received a terrible phone call late August that not only had the cancer spread, there was nothing to be done except wait.

Franklin, along with his siblings was a fan of Mr. Hernandez (Tekashi 69) and his music. With a few phone calls, a visit was set up through our mutual friend. Mr. Hernandez selected a date and promised he would be there. He arrived on time, driving up from Philadelphia, and spent hours sitting on the hospital bed of this child, talking to him and his siblings, playing video games and at one point in the evening, singing and dancing with the kids. He even insisted to his manager that only the clean versions of his music be played. At no time during the three hours Mr. Hernandez spent with the family did he do anything except focus on the child. At the end of the evening, we realized that he had to travel back to Philadelphia to perform. He put a lot of time and effort into a child he didn't know.

There was a period in the evening that Daniel started to question why nothing further could be done. He became visibly emotional and asked to have some privacy with the parents. He asked his manager to call his mom, at which time he made sure it was ok with the parents to pray together with the family. At the end of the prayer, he stayed alone with the parents and spoke quietly to them for some time. It was later in the evening, after he was gone, I learned that he had paid the rent for a year so they could focus on their child.

During the course of this visit, there was no media, no press and no photography other than the photos the family took. This was not an event to garner publicity, but rather to grant the wish of a terminal child.

At the end of the evening, Mr. Hernandez and his team assured us that Franklin would not be forgotten and asked us to keep them apprised of his status. He further surprised all of us by posting a single picture and the story of his visit on his social media page. He attached the Go-Fund-Me page as well. These are things he did without anyone asking him to.

Had I not had the opportunity to spend time in his company, I would never have known him to be the caring, sensitive and compassionate young man I truly believe him to be. Being young with money would be difficult for most people. Add to it the fame, it is difficult to be focused and disciplined. With the right mentoring and support, which I believe Daniel craves, I am confident Mr. Hernandez will have a bright productive future.

Sincerely,

Martha O'Connell

# CRISTIAN RIVERA FOUNDATION
## "FULL STEAM AHEAD"
### cristianriverafoundation.org

Honorable Felicia Mennin							October 15th 2018
United States District Court Judge
New York State Supreme Court
111 Centre Street
New York, NY 10013

Honorable Judge Felicia Mennin,

My name is John Rivera, the founder of The Cristian Rivera Foundation, the countries most influential children's brain cancer non-profit organization. The Cristian Rivera Foundation was founded over 10 years ago to raise awareness and support clinical research for a very rare form of brain cancer called Diffused Intrinsic Pontine Glioma, also know as D.I.P.G.

D.I.P.G is a rare form of brain cancer that starts at a very early age and metastasizes and consumes the entire body of children within months. The average life expectancy after being diagnosed with D.I.P.G is between 3 to 12 months.

When my son Cristian was diagnosed with D.I.P.G., I was lost. I had nowhere to turn for information on this disease. After my son's passing I made a vow to help families that are impacted by this terrible disease. I created The Cristian Rivera Foundation and aligned myself with the worlds leading pediatric brain tumor specialist, Dr. Mark Souweidane of Weill-Cornell Medical Center.

The Cristian Rivera Foundation is comprised of volunteers, people who truly care about saving the lives of children by raising awareness, donating time to assist and raising money to support the innovative clinical trials being performed by Dr. Mark Souweidane at Weill-Cornell Medical Center.

I came to know Daniel Hernandez when he made a significant monetary contribution to our foundation last November and has been a supporter of our work for the last 11 months. Daniel also offered to appear as a guest at our 10th Annual Gala on November 14th, 2018. Since coming to know Daniel, I have watched his acts of kindness and humanity. Some of those acts are posted on social media but there are so many others that go without media coverage or documentation.

I'm writing this letter on Daniel's behalf to appeal to you for leniency when considering Daniel's sentence. Daniel is a good person who is always there to help others in need. He understands what it feels like to not have money, to not have the ability to support his family and has used his status to help those who have experienced a similar journey.

I know Daniel is deeply remorseful for his actions, he knows that he made a monumental mistake. I also know he will live with regret for his actions well past the time this incident is closed in the eyes of the law.

# CRISTIAN RIVERA FOUNDATION
## "FULL STEAM AHEAD"
### cristianriverafoundation.org

My board members are comprised of successful people in the entertainment sector. They have taken an interest in Daniel, not for his music, but for whom he is as a person. They are willing to help Daniel grow personally and professionally and mentor him so he can make valuable contributions to entertainment and to the world.

I hope that you consider my letter when considering sentencing, as I'm confident that Daniel will not find himself on the wrong side of the law once this case is finally completed.

If you have any questions or require additional information, please feel free to contact me at The Cristian Rivera Foundation corporate office at 201-366-4069 or my mobile phone at 917-856-0886. I can also be reached via email at JGR@CristianRiveraFoundation.org.

Respectfully yours,

John Rivera
Founder & CEO
The Cristian Rivera Foundation

Cristian Rivera Foundation
1452 River Rd
Edgewater, NJ 07020
cristianriverafoundation.org
Office #: (201) 366-4069