# STATE OF CALIFORNIA



## Senate

### CERTIFICATE OF RECOGNITION



# MR. DANIEL HERNANDEZ

*In recognition of your inspiring leadership and work on behalf of children around the world. For your passion and dedication in changing lives and touching hearts of the less fortunate. You are a true example that the impossible is always possible when helping others.*

*November 26, 2018*

Senator Vanessa Delgado, 32nd District

CALIFORNIA LEGISLATURE



## Assembly

### CERTIFICATE OF RECOGNITION

# Daniel Hernandez

*On behalf of the 58th Assembly District, I commend you for your time and devotion to inspire our community through your charitable efforts, in particular with Autism Speaks. Thank you for being a role model and for sharing your passion to help others.*

Presented on November 27, 2018
Bell Gardens, California



Cristina Garcia
Assemblymember, 58th District



# City of Los Angeles

## CERTIFICATE OF RECOGNITION
*is hereby presented to*

## Daniel Hernandez Adres

On behalf of the City of Los Angeles and the 13th Council District, I would like to extend my sincere recognition to Daniel Hernandez Adres for being a role model and inspiring leader to children around the world. For your passion and dedication in changing lives and touching hearts of the less fortunate. Your are example that impossible is always possible when helping others. You are truly an angel in the City of Angels!

Best wishes on continued growth and success!

November 2018



**MITCH O'FARRELL**
COUNCILMEMBER, 13TH DISTRICT



# New York State Assembly
## Citation

**Whereas,** a Great State is only as great as those who give exemplary service to their community, whether through volunteerism, personal commitment simply through a lifetime of good citizenry; and

**Whereas,** such service, which is truly the lifeblood of the community and the state, so often goes unrecognized and unrewarded. We join Bishop Lamor M. Whitehead in celebrating The Church Honors Hip-Hop; now therefore be it

**Resolved,** that as a duly elected Member of the State Assembly of New York, I recognize that in

### Daniel Hernandez

We have an outstanding citizen, one who is worthy of the esteem of both the Community and of the Great State of New York.

Date: October 18, 2018    In Witness Whereof, I have hereunto set my hand and Signature

Latrice Monique Walker
Member of Assembly, 55ᵃ AD

Scanned with CamScanner



# Proclamation

# HONORING
# DANIEL HERNANDEZ
# EXEMPLARY SERVICE

WHEREAS, A GREAT STATE IS ONLY AS GREAT AS THOSE INDIVIDUALS THAT PERFORM EXEMPLARY SERVICE ON BEHALF OF THEIR COMMUNITY, WHETHER THROUGH UNIQUE ACHIEVEMENT IN PROFESSIONAL OR OTHER ENDEAVORS, OR SIMPLY THROUGH A LIFETIME OF GOOD CITIZENSHIP; AND

WHEREAS, IT IS THE SENSE OF THIS LEGISLATIVE BODY THAT WHEN INDIVIDUALS OF SUCH NOBLE AIMS AND ACCOMPLISHMENTS ARE BROUGHT TO OUR ATTENTION IT IS APPROPRIATE TO PUBLICLY PROCLAIM AND COMMEND THOSE INDIVIDUALS FOR THE EDIFICATION AND EMULATION OF OTHERS; NOW, THEREFORE, BE IT

RESOLVED, THAT I, STATE SENATOR JESSE HAMILTON, COMMEND DANIEL HERNANDEZ FOR EXEMPLARY SERVICE TO THE COMMUNITY AND STATE; AND BE IT FURTHER

RESOLVED, THAT A COPY OF THIS PROCLAMATION BE TRANSMITTED TO DANIEL HERNANDEZ

DATED: OCTOBER 18, 2018
IN WITNESS WHEREOF, I HAVE HEREUNTO
SET MY HAND AND SIGNATURE

*Jesse E. Hamilton*

JESSE HAMILTON
NEW YORK STATE SENATE
20TH DISTRICT

Scanned with CamScanner

# NEW YORK STATE SENATE



## SENATOR JESSE HAMILTON
### 20TH SENATE DISTRICT

Scanned with CamScanner