UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DANIEL HERNANDEZ,

Defendant.

---

S5 18-CR-834 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On its review of the parties' sentencing submissions, the Court notes that defendant Hernandez objects to one aspect of the Probation Department's guideline calculation, relating to his criminal history. The Government has not commented on how the Guidelines apply to Mr. Hernandez's case. The Court asks the Government, by letter due Friday, December 13, 2019, to address whether it has any objections to the Probation Department's guidelines calculation, and specifically to set out its position on the criminal history objection raised by the defense.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 12, 2019
       New York, New York