**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2019

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Daniel Hernandez*, S5 18 Cr. 834 (PAE)

Dear Judge Engelmayer:

    The Government writes to update the Court regarding the Government's efforts to notify victims consistent with the Crime Victim's Rights Act, 18 U.S.C. § 3771.

    The Government, through our Victim-Witness office, has attempted to reach out to victims of the defendant's crimes. With the help of the New York City Police Department, the Government contacted the victims using their last known cellular telephone number or e-mail address. The victims were advised of their rights to speak at the defendant's sentencing or to submit a victim impact statement. As of the filing of this letter, the Government has received two victim impact statements from two of the victims of the April 3, 2018 robbery in midtown Manhattan. In addition, the Government has been advised that the victim who was struck in the foot during the July 16, 2018 shooting in Brooklyn intends to speak at the sentencing hearing. The remaining victims either declined to make any statement or did not respond to our Office's communications.

Should any additional victims contact our Office and request that he or she be heard at the sentencing hearing, the Government will promptly notify the Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _s/_____
Michael D. Longyear
Jonathan E. Rebold
Jacob Warren
Assistant United States Attorneys
(212) 637-2223 / 2512 / 2264

cc: Lance Lazzaro, Esq. (by ECF)
    Dawn Florio, Esq. (by ECF)
    Christopher Paragano, U.S. Probation Department (by e-mail)