December 16, 2019

To: Wendy Olsen Clancy,
Victim Witness Coordinator
United States Attorney's Office
Southern District of New York
Victim Impact Statement of Skyy L. Daniels

Dear Your Honor,

I am contacting you today to discuss the impact of a traumatizing situation, I, long time international Publicist, ███████████, professionally known as Skyy L. Daniels, and my assistant publicist, ██████████ survived after being attacked, robbed, and possibly almost kidnapped by high-profile rapper, Daniel Hernandez, aka Tekashi 6ix9ine and his associates.

Tekashi 6ix9ine and his Nine Trey Gangster Bloods were convicted for committing several brazen acts of violence around New York City including a robbery that took place on April 3, 2018. I was targeted by Tekashi69 but the whole thing was a sad case of mistaken identity. In a nutshell, their intended target was a record label out of Houston, Texas, Rap-a-Lot Records and some of their representatives, who I later learned that there was some kind of industry/street beef between Tekashi 6ix9ine/Treyway and J. Prince Jr./Rap-a-Lot.

When the robbery occurred, they came in yelling in the building lobby, get on the ground, F*ck Rap-a-Lot. I feel I was a target perhaps because I am from Texas and Rap-a-Lot has contributed to my community charitable events in the past and the label, like many other labels, are listed on my curriculum vitae. However, my assistant, ██████████ had no such affiliations at any capacity. As a career entertainment publicist for nearly two decades, I have been connected to a great deal of famous record labels, artists, athletes, public and political figures.

During the robbery, my backpack was stolen. It was filled with expensive high-end personal items and several important business confidential hard drives that I have yet to see again. My backpack was later recovered in Tekashi 6ix9ine's home along with the cell phone he filmed the actual incident with himself. This is documented and sworn information per Federal Agents, FBI investigation reports, and all of the court transcripts and testimonies.

As a result of this entire ordeal, I have suffered greatly from mental anguish and emotional distress. So traumatized by this aftermath, that over a year later, I have had a difficult time getting past the incident suffering from what we believe is post-traumatic stress disorder. To add insult to injury, he released the video of me escaping from the clutches of his thugs on social media and it went viral accumulating millions of views as the public laughed. I am a mother and grandmother first and it is so hard to describe what it feels like to survive that occurrence. Ever since, I find myself unable to do the simple things an adult should do. It's easy for me to block out my feelings and avoid things that make me uncomfortable. I have emotional, mental and

financial problems as this uncomfortable situation has left me displaced without work. I went as far as to leave Texas, hiding in the home of a close friend to avoid the watchful eyes of Tekashi69's network.

Over a year later, I find I am always scared of people… I cannot be in large crowds for long periods of time. I am constantly worried that when my friends are on the internet they are going to come across the video of me running for my life, escaping the foyer where the gunmen rushed us.  This thought, along with me leaving behind my assistant and client, fills me with disgust, shame and embarrassment.

I am humiliated and ashamed that this was turned into a viral joke by Tekashi69 for filming off his home, while his thugs did his dirty work to me, a grandmother and my gay assistant. Everywhere I go I feel judged. I am living in fear each day as the news promotes his release I am more fearful. I had terrible nightmares for a long long time. I would wake up sweating and crying and go to children for comfort. I still get flashbacks sometimes. There are thoughts in my head that are memories of the things that I am about to die. My heart races and I will feel sweaty and then a stronger picture will pop up in my head and I become paralyzed with fear, unable to leave my home once again.  With the videos still garnering views, its like I can't escape, no matter where I am. I also fear for my assistant who lives in Brooklyn.

Because I've had so many bad dreams, I find it hard to sleep when it's dark. I like to keep the lights on thinking that will protect me from bad dreams. I hate scary movies and sometimes have nightmares for days.
Sometimes I have unreasonable fears that prevent me from doing the normal things. I had to quit a job I  was very successful at. I have had over 20 years working with all sorts of entertainers. Not once have I ever been put in a situation where myself or my team, my clients are in any kind of danger. I am appalled and disgusted by this evil person that is Tekashi69. had as a waitress because there was a guy who I thought was always staring at me. I couldn't stop thinking, did he recognize me? Did he see my pictures somewhere? I was simply too uncomfortable to keep working there.

I am extremely frightened and can no longer successfully work in the music industry and I have since discontinued taking on new clients. I lost the client who was with her in New York; after the robbery he cancelled their contract immediately. My entire career and my assistant and lifelong dreams were destroyed as a result of this horrific event. I have been struggling to get back on my feet. Financially, I was ruined, which has caused a great deal of stress. I need counseling but unable to afford it. Presently, I am on various anxiety medications and sleep aids. Sadly, I am unable to eat at times, unable to sleep, having nightmares, and has also been suffering from depression.

How much is my life worth? How much was my assistant's life worth? Did I deserve to die, hundreds of thousands of miles away from my grandchildren? I feel that Daniel Hernandez, Tekashi, is liable and should be held legally and monetarily responsible for  emotional distress, damages, losses and so much more. I pray that you can find it in your heart to help this innocent

grandmother and recent widow and young man find peace from this entire ordeal and get my life back.

Respectfully,

██████████
Aka
Skyy L. Daniels