```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :   S5 18-CR-834-04 (PAE)
                                                                        :
DANIEL HERNANDEZ,                                                       :   ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

     The Court, on December 18, 2019 held sentencing for defendant Daniel Hernandez, who pled guilty in February 2019 of counts 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss and 9ss. As a result of the Supreme Court's ruling in *United States v. Davis*, the Court dismissed count 2ss of the S5 Information at the sentencing hearing.

     SO ORDERED.

Dated: December 20, 2019
      New York, New York

                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge