Judge Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square NY 10007

Dear Judge Engelmayer,

My name is Marlayna M, I'm writing in regards to the father of my daughter Daniel Hernandez. On November 19th 2018 I gave birth to our daughter ▮▮▮ during my induced labor I was alarmed with the information that Daniel had been arrested. More than anything I wanted him to be there as I only had a very caring women from a pregnancy organization by my side. Our daughter recently turned 1 years old. He has yet to meet or hold her. He has missed her first holidays, first birthday, and first year of all memories. Prior to his arrest he was distracted by people whom true intentions he was very oblivious of. He lacked focus on the important things in life the things and people that gives a man his true purpose. He was too focused on what he thought was making him look "cool". When I first met him in 2017 he was a very humble and charming man and I would never think he would do the wrongful actions he has done. I believe in him that as a result of this year that he has thought deeply of his mistakes. As well I hope for him to be able to not miss this next year in our daughter's life and can finally hold her.

Respectfully,
Marlayna M

