**From:** Elis Pacheco <elis@digitallaunch.com>
**To:** lazzarolaw <lazzarolaw@aol.com>
**Subject:** Fwd: Daniel Hernadez #86335-054
**Date:** Tue, Mar 31, 2020 2:22 pm

Lance,

I understand that we are all hopeful that a compassionate release may be granted by BOP but it seems as if Danny is stuck in a donut hole on who's custody he belongs to and who can grant him that release to avoid him possibly contracting Covid-19 with his Asthma condition.


Warmest regards,

Elis Pacheco
Managing Director
Digital Launch
(646) 290-8585 work
(917) 337-0152 mobile
https://www.linkedin.com/in/elispacheco


Begin forwarded message:

**From:** "Shannon Robbins" <srobbins@bop.gov>
**Subject: Re: Daniel Hernadez #86335-054**
**Date:** March 31, 2020 at 1:52:52 PM EDT
**To:** "Elis Pacheco" <elis@digitallaunch.com>

Mr. Pacheco,

Mr. Hernandez is currently housed at the GEO facility in the custody of the US Marshals Service. We do not have any authority or oversight of his case as he is not in a BOP facility. If the Court orders a compassionate release for him, that information will be provided to the US Marshals Service and the GEO facility for processing.

I am hopeful this information will be helpful.

Shannon

Shannon Robbins, Section Chief
Designation and Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas  75051
Phone: 972-352-4405
Email:  srobbins@bop.gov



Elis Pacheco <elis@digitallaunch.com> 3/31/2020 12:44 PM >>>

Hey Shannon,

I hope you, your family and co-workers are all in the best of health.

Shannon quick question, because Danny is in a GEO facility and not BOP, technically he wouldn't be able to be given a compassionate release by BOP correct?

Warmest regards,

Elis Pacheco
Managing Director
Digital Launch
(646) 290-8585 work
(917) 337-0152 mobile
https://protect2.fireeye.com/v1/url?k=8b46a0ce-d72d70c5-8b41842b-0cc47adc5fd8-ae147d49028e54cd&q=1&e=03a814bd-f363-4640-b3b1-06870abbc00c&u=https%3A%2F%2Fwww.linkedin.com%2Fin%2Felispacheco <https://protect2.fireeye.com/v1/url?k=e33b87a2-bf5057a9-e33ca347-0cc47adc5fd8-dde3860bb5a46276&q=1&e=03a814bd-f363-4640-b3b1-06870abbc00c&u=https%3A%2F%2Fwww.linkedin.com%2Fin%2Felispacheco>

> On Mar 11, 2020, at 9:58 PM, Shannon Robbins <srobbins@bop.gov>

wrote:

> Mr. Pacheco,
>
> I have communicated with Mr. Longyear and he requested the

designation

> to a BOP facility be canceled.  I am hopeful this will resolve the
> concerns you expressed regarding his placement at one of our

facilities.

> If you have questions, please do not hesitate to contact me.
>
> Thanks,
> Shannon
>
> Shannon Robbins, Section Chief
> Designation and Sentence Computation Center
> 346 Marine Forces Drive
> Grand Prairie, Texas  75051
> Phone: 972-352-4405
> Email:  srobbins@bop.gov <mailto:srobbins@bop.gov>

Elis Pacheco <elis@digitallaunch.com

<mailto:elis@digitallaunch.com>> 3/10/2020 4:47 PM >>>