UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
           -v-                                                        :      18-CR-834-04 (PAE)
                                                                        :
DANIEL HERNANDEZ,                                                       :      ORDER
                                                                        :
           Defendant.                                                 :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has received an application from counsel for Daniel Hernandez, Dkt. 445, representing that the Bureau of Prisons has now denied his request for compassionate relief and that the Court's review under 18 U.S.C. § 3582(c) of his application to convert the balance of his term of imprisonment to a term of home confinement is now administratively proper. The Court directs that the Government respond by no later than 5 p.m. today. The parties are advised that, provided that the Court has legal authority to grant the relief requested by defense counsel, the Court intends to do so

       SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                               Paul A. Engelmayer
                                                                United States District Judge

Dated: April 1, 2020
       New York, New York