LAW OFFICES

## LAZZARO LAW FIRM, P.C.

360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718)  488-1900
TELECOPIER:  (718)  488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *
_____

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

\* ADMITTED IN NY & NJ

April 1, 2020

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York  10007

**Re:   United States v. Daniel Hernandez**
        **Docket No.:  S5 18-CR-0834-004 (PAE)**

Dear Judge Engelmayer:

      On March 31, 2020, I submitted another letter to this Court, asking your Honor for compassionate release of Daniel Hernandez after the Bureau of Prisons had denied Mr. Hernandez's administrative request for compassionate release. Attached, please find the Bureau of Prison's letter, dated April 1, 2020, from Associate General Counsel, Zachary Kelton, officially denying Mr. Hernandez's request for compassionate release. My March 31st letter attached only an e-mail from the Bureau of Prisons; attached hereto is BOP's official denial.

      Thank you for your attention herein. Please contact me if you have any questions or need any additional information.

                                              Very Truly Yours,

                                              LAZZARO LAW FIRM, P.C.

                                              BY:   /s/
                                                    LANCE LAZZARO


cc.:   AUSA Michael Longyear
       via e-mail:  michael.longyear@usdoj.gov