

U.S. Department of Justice

Federal Bureau of Prisons

Office of the General Counsel　　　　　　　　　Washington, DC 20534

April 1, 2020

Lance Lazarro, Esq.
Lazzaro Law Firm, P.C.
360 Court Street, Suite 3
Brooklyn, New York 11231
*Via Electronic Mail:* lazzarolaw@aol.com

　　　RE: Compassionate Release Request for HERNANDEZ, Daniel (86335-054)

Dear Mr. Lazzaro:

　　The Federal Bureau of Prisons (BOP) is in receipt of your correspondence requesting compassionate release consideration for your client, Daniel Hernandez (federal register no. 86335-054).  As you are aware, Mr. Hernandez remains in the custody of the United States Marshals Service at a private facility.  Because Mr. Hernandez is not in BOP custody, BOP cannot evaluate him for compassionate release and will not be seeking a motion for compassionate release on his behalf at this time.

　　I trust this addresses your concerns.

　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　*Zachary J. Kelton*

　　　　　　　　　　　　　　　　　　　　　Zachary Kelton
　　　　　　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　　　　　　Federal Bureau of Prisons