U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2020

**REQUEST TO BE FILED UNDER SEAL**
**BY EMAIL**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Daniel Hernandez*, **S5 18 Cr. 834 (PAE)**

Dear Judge Engelmayer:

The Government writes to respectfully request that should the Court grant the defendant's motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Court delay docketing of the order (the "Order").

Delayed docketing of the Order will allow law enforcement agents to ensure that Mr. Hernandez is transported safely and securely from the facility where he is currently housed to a residential address previously approved by the Probation Department (the "Residence"). The Government will alert the Court as soon as Mr. Hernandez has arrived at the Residence, at which time the Government will have no objection to Order being publicly filed. The Government respectfully submits that delayed docketing of the Order for a short period of time will ensure the safety of law enforcement agents and Mr. Hernandez upon his release from custody. The Government has consulted with Lance Lazzaro, counsel for Mr. Hernandez, who consents to this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by:  _s/_____
    Michael D. Longyear
    Jonathan E. Rebold
    Jacob Warren
    Assistant United States Attorneys
    (212) 637-2223 / 2512 / 2264

cc: Lance Lazzaro, Esq. (by email)
    Dawn Florio, Esq. (by email)