Law Offices

# LAZZARO LAW FIRM, P.C.

360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO  * ADMITTED IN NY & NJ
RANDALL LAZZARO *
_____

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

April 23, 2020

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** <u>United States v. Daniel Hernandez</u>
    Docket No.: S5 18-CR-0834-004 (PAE)
    **Request to Expand Home Confinement to Backyard**

Dear Judge Engelmayer:

As you know, I represent Daniel Hernandez. As per the letter e-mailed to your Honor's chamber's e-mail earlier today, I am making a motion to expand Mr. Hernandez's home confinement. Given the sensitive nature of my request, I am requesting that the e-mailed letter be filed under seal.

Thank you for your attention herein. Please contact me if you have any questions or need any additional information.

Very Truly Yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
    LANCE LAZZARO

cc.: USPO Adam Pakula
    via e-mail: adam_pakula@nysp.uscourts.gov
    USPO David Mulcahy
    via e-mail: david_mulcahy@nysp.uscourts.gov
    AUSA Michael Longyear
    via e-mail: michael.longyear@usdoj.gov