LAW OFFICES

# LAZZARO LAW FIRM, P.C.

360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

April 23, 2020

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** **United States v. Daniel Hernandez**
**Docket No.: S5 18-CR-0834-004 (PAE)**
**Request to Expand Home Confinement to Backyard**

Dear Judge Engelmayer:

As you know, I represent Daniel Hernandez. As per the letter e-mailed to your Honor's chamber's e-mail earlier today, I am making a motion to expand Mr. Hernandez's home confinement. Given the sensitive nature of my request, I am requesting that the e-mailed letter be filed under seal.

Thank you for your attention herein. Please contact me if you have any questions or need any additional information.

Very Truly Yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
LANCE LAZZARO

cc.:   USPO Adam Pakula
       via e-mail: adam_pakula@nysp.uscourts.gov
       USPO David Mulcahy
       via e-mail: david_mulcahy@nysp.uscourts.gov
       AUSA Michael Longyear
       via e-mail: michael.longyear@usdoj.gov

The defendant is permitted to conduct employment-related activities outside the residence but within the confines of the rented property for two (2) hours per week on one (1) specific day that needs advanced approval by the Probation Officer. Given structural interference with the GPS tracking device, the defendant's hours in the basement of the residence will be limited to no more than an 8-hour period per day with a schedule as determined by the Releasee and approved by the Probation Officer. The Clerk of Court is requested to terminate the motion at Dkt. No. 475.

SO ORDERED.

4/29/2020

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge