UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.

DANIEL HERNANDEZ,

                Judgment Debtor,

18-CR-00834 (PAE)



**SATISFACTION OF JUDGMENT**

    Satisfaction is acknowledged between United States of America, judgment creditor, and Daniel Hernandez, judgment debtor, for the fine in the amount of $35,000.00 and the special assessment in the amount of $800.00 amounting in all to the sum of $35,800.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 20th day of December 2019.

                                      DAMIAN WILLIAMS
                                      United States Attorney

                        By: _____
                           JOHN E. GURA, JR.
                           Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

    On the 6th day of December, 2022 before me personally came JOHN E. GURA, JR., Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

Maria A. Cotto
Notary Public, State of New York
Commission No. 01CO5064894
Qualified in Westchester County
Commission Expires 08/26/2026