UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

DANIEL HERNANDEZ,

    Defendant.

------------------------------------------------------------------X

18-CR-834-04 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- An evidentiary hearing is scheduled for **November 12, 2024** at **9:00 a.m.** in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
- The Government's letter shall be filed by **November 7, 2024** at **5:00 p.m.** The defense letter shall be filed by **November 8, 2024** at **5:00 p.m.**

SO ORDERED.

Dated: October 29, 2024
New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge