UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL HERNANDEZ,

                Defendant.

**CONDITIONS OF SUPERVISED RELEASE**

18-CR-834-04 (PAE)

Following your release from the custody of the Bureau of Prisons ("BOP"), you will commence a term of one-year of supervised release, pursuant to the following terms:

1. You must not commit another federal, state, or local crime.

2. You must report in-person to the United States Probation Office ("Probation") in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

3. You must answer truthfully the questions asked by your probation officer.

4. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

5. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

6. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

7. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

8. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

9. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (*i.e.*, anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

10. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.

11. You must follow the instructions of the probation officer related to the conditions of supervision.

12. You shall submit your person, residence, place of business, vehicle, and any property or electronic devices under your control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. You shall inform any other residents that the premises may be subject to search pursuant to this condition.

13. You shall participate in an outpatient mental health program as directed and approved by Probation. You shall continue to take any prescribed medications unless otherwise instructed by the health care provider. You shall contribute to the costs of services rendered not covered by third-party payment, if you have the ability to pay. The Court authorizes the release of available psychological and psychiatric evaluations and reports to the health care provider.

14. You must provide the probation officer with access to any requested financial information.

15. You shall perform 300 hours of community service (minus any hours already performed during your most recent term of supervised release), under the supervision of Probation.

16. You must complete your community service obligations no less than 30 days before the conclusion of the above-described one-year term of supervised release.

17. Immediately following your release from BOP custody, and for a period of 30 days thereafter, you are restricted to your residence at all times except for medical necessities and Court appearances or other activities specifically approved by the Court (*i.e.*, Home Incarceration).

18. During the second 30-day period following your release from BOP custody, you are restricted to your residence at all times except for employment (within your district of residence); education (within your district of residence); religious services (within your district of residence); completion of your community service obligations (within your district of residence); medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the probation officer (*i.e.*, Home Detention).

19. During the third 30-day period following your release from BOP custody, you are restricted to your residence every day as directed by the supervising probation officer (*i.e.*, Curfew).

20. During the first 90 days following your release from BOP custody, you will be monitored by electronic monitoring (or any other form of location monitoring technology at the discretion of the officer) and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer.

21. During the first 90 days following your release from BOP custody, you will not leave your district of residence (except for previously approved medical appointments, Court appearances, or as otherwise approved by the Court or your probation officer). During this period, you will not leave your district of residence for employment purposes.

22. After your initial period of 90-days following your release from BOP custody, you will not leave your district of residence unless you provide sufficient notice to your probation officer (pursuant to terms dictated by your probation officer) and unless you receive permission to from your probation officer to leave your district of residence.

23. Within three business days of returning to your district of residence, you will surrender your United States passport and any other passports or travel documents to your probation officer, and you will not apply for or obtain any new travel documents during your entire term of supervised release.

24. During your term of supervised release, you will not, under any condition, travel internationally (*i.e.*, you will not leave the United States).

25. You will submit to drug testing as dictated by the probation officer.

26. You will participate in an outpatient drug and/or alcohol treatment program as dictated and approved by Probation, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

27. You shall be supervised in your district of residence.

SO ORDERED:

Dated: New York, New York
       November 14, 2024

                                                                      _____
                                                                      THE HONORABLE PAUL. A. ENGELMAYER
                                                                      UNITED STATES DISTRICT JUDGE