Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: Jonathan E. Rebold, 212-637-2512

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>Daniel Hernandez<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 18 Cr. 834 (PAE) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Daniel Hernandez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Failure to appear in court for violation of supervised release arraignment and hearing.

Date:   10/29/2024

*Paul A. Engelmayer*
*Issuing officer's signature*

City and state:   New York, NY

Hon. Paul A. Engelmayer, U.S. District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/29/2024 , and the person was arrested on *(date)* 10/29/24
at *(city and state)*   NY, NY   .

Date:   10/29/24

*Arresting officer's signature*

O'Sullivan   Owen
*Printed name and title*