UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DANIEL HERNANDEZ,

Defendant.

18-CR-834-04 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court, at the parties' request, adjourns the present deadlines for sentencing submissions in this case, in light of the parties' expectation that defendant Daniel Hernandez will be arraigned on new specification(s) with respect to additional alleged violation(s) of violations of supervised release.  The Court schedules that arraignment for September 25, 2025, at 11 a.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 11, 2025
       New York, New York