UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL HERNANDEZ,

　　　　　　　　　　Defendant.

**CONDITIONS OF SUPERVISED RELEASE**

18 Cr. 834 (PAE)

In addition to all existing terms and special terms of supervised release, you must abide by the following terms:

- You are restricted to your residence at all times except for employment (within your district of residence); education (within your district of residence); religious services (within your district of residence); medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; or Court-ordered obligations (*i.e.*, Home Detention).

- No later than 24-hours upon your arrival in the Southern District of Florida, you are to be fitted for, and subjected to, electronic monitoring (or any other form of location monitoring technology at the discretion of the officer) and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer.

SO ORDERED:

Dated: New York, New York
　　　　September 26, 2025

THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE