Law Offices
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718)   488-1900
TELECOPIER:  (718)   488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

\* ADMITTED IN NY & NJ

October 21, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10078

Re:  **United States v. Daniel Hernandez**
     **Case No.: 18 Cr. 834 (PAE)**

Dear Judge Engelmayer:

As you are aware, I represent Mr. Daniel Hernandez with regard to the above referenced case. At this time, I would like to request a brief adjournment of the sentencing, which is currently scheduled for November 4, 2025. The reason for this request is that I will be out of the office from October 24 to November 4. My office has been in contact with AUSA Jonathan Rebold, and he consents to this request. The parties request that the sentencing be adjourned to one of the following dates:

- Morning of November 6, 2025
- Morning of November 18, 2025
- Afternoon of November 19, 2025
- November 20, 2025

To the extent that the Court grants the adjournment request, the parties also request that the corresponding sentencing submission deadlines also be extended. Thank you for your attention herein. If you have any questions and/or concerns with regard to this matter, please do not hesitate to contact the undersigned.

Very Truly Yours,

BY: _____
LANCE LAZZARO

**GRANTED.** The violation sentencing is rescheduled for **November 20, 2025** at **10:30 a.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 718.

SO ORDERED.                     10/21/2025

_____
PAUL A. ENGELMAYER
United States District Judge