UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DANIEL HERNANDEZ,

Defendant.

18-CR-834-04 (PAE)

ORDER TO STRIKE

---

PAUL A. ENGELMAYER, District Judge:

On November 13, 2025, counsel for the Government filed a sentencing letter on the docket. Dkt. 722. Because of an error in that original submission, counsel has requested that the letter be removed from the docket. Accordingly, the Court respectfully directs the Clerk of Court to strike docket 722, and grants counsel leave to file its corrected letter.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: November 17, 2025
       New York, New York