**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:   (718)    488-1900
TELECOPIER:   (718)    488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

_____

JAMES KILDUFF *

JAMES KIRSHNER

ROGER GREENBERG

* ADMITTED IN NY & NJ

November 18, 2025

**VIA ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10078

**Re:    United States v. Daniel Hernandez**
**Case No.: 18 Cr. 834 (PAE)**

Dear Judge Engelmayer:

As you are aware, I represent Mr. Daniel Hernandez with regard to the above-mentioned case. At this time, I would like to request an adjournment of the sentencing, which is currently scheduled for November 20, 2025. The reason for this request is that Mr. Hernandez was the victim of a home invasion on Sunday, November 16. Four masked men entered his home and held his mother at gunpoint while several items were taken from his home.

We are looking to adjourn his sentence date until January so that Mr. Hernandez can make arrangements to relocate his family to ensure their safety. Mr. Hernandez also understands that any plans to move are subject to approval from the Probation Department. My office has been in contact with AUSA Jonathan Rebold, and he consents to this request.

Thank you for your attention herein. If you have any questions and/or concerns with regard to this matter, please do not hesitate to contact the undersigned.

Very Truly Yours,

BY:  _____
LANCE LAZZARO

cc:    AUSA Jonathan Rebold via ECF